AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

LAZARO LINARES,

       Petitioner,

**JUDGMENT IN A CIVIL CASE**

**V.**

CASE NUMBER: CV 321-024

STACEY N. STONE, Warden,

       Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of the Court dated September 21, 2021, the Report and Recommendation of the Magistrate Judge is adopted as the Court's opinion. Accordingly, Respondent's motion to dismiss is granted, and Petitioner's petition filed pursuant to 28 U.S.C. § 2241 is dismissed without prejudice. This case stands closed.

September 21, 2021

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020